No. 336. ALBERT T. PATRICK, PLAINTIFF IN ERROR, *v.* THE PEOPLE OF THE STATE OF NEW YORK. In error to the Court of General Sessions of the Peace for the County of New York. December 13, 1906. Dismissed with costs, on motion of *Mr. William Lindsay* for the plaintiff in error. *Mr. William Lindsay* for plaintiff in error. No appearance for defendants in error.

---

No. 524. PETRONA DEL CARMEN GONZALEZ RESTO, APPELLANT, *v.* PETRONA RESTO Y NEGRÓN ET AL. Appeal from the Supreme Court of Porto Rico. December 17, 1906. Docketed and dismissed with costs, on motion of *Mr. Perry Allen* for the appellees. No one opposing.

---

No. 529. RICHARD HYNES, APPELLANT, *v.* LEO V. YOUNGWORTH, UNITED STATES MARSHAL, EFC.; and No. 530. A. H. HEDDERLY, APPELLANT, *v.* LEO V. YOUNGWORTH, UNITED STATES MARSHAL, ETC. Appeals from the Circuit Court of the United States for the Southern District of California. December 24, 1906. Docketed and dismissed with costs, on motion of *The Solicitor General* for the appellee. No one opposing.